MARY McDONALD, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF ALBANY, Appellants.

THOMAS RHATIGAN, Respondent, *v.* THE SAME, Appellants.

MARY CULLEN, Respondent, *v.* THE SAME, Appellants.

ANDREW KEAN, Respondent, *v.* THE SAME, Appellants.

JAMES JUDGE, Respondent, *v.* THE SAME, Appellants.

BARTHOLOMEW HANNAN, Respondent, *v.* THE SAME, Appellants.

JOHN LYSATT, Respondent, *v.* THE SAME, Appellants.

NELSON W. CHAMBERLAIN, Respondent, *v.* THE SAME, Appellants.

BRIDGET WELCH, Respondent, *v.* THE SAME, Appellants.

PATRICK A. WHITE, Respondent, *v.* THE SAME, Appellants.

MICHAEL NOLAN, Respondent, *v.* THE SAME, Appellants.

MICHAEL McGRAIN, Respondent, *v.* THE SAME, Appellants.

THOMAS O'HARA, Respondent, *v.* THE SAME, Appellants.

THOMAS TIERNAN, Respondent, *v.* THE SAME, Appellants.

JOHN FLANIGAN, Respondent, *v.* THE SAME, Appellants.

[These fifteen causes were argued and decided together.]

(Argued June 10, 1872; decided June 20, 1872.)

*Samuel Hand* for the appellants.

*Amasa J. Parker* for the respondents.

All concur for affirmance. No opinion.
Judgment affirmed.